**Order entered September 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00713-CR
No. 05-14-00714-CR
No. 05-14-00715-CR

**MICHAEL DAN ALLEN JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-81546-2013, 366-81547-2013, 366-81548-2013**

## ORDER

The Court **GRANTS** court reporter Jenny Bonnes Hoyt's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hoyt to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
           JUSTICE